```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0218--MJ (JDR)
                  "USA V DANA ROCHELLE SWEATT"
                  DEF 1.1 SWEATT, DANA ROCHELLE

    Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
   Magistrate Judge:
             Filed: 11/22/05
            Closed: NO
No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date:
        Terminated: NO
Needs interpreter: NO
 Counsel of record: Kevin F. McCoy
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 USA

Counsel of record: Frank V. Russo
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   FAX 907-271-3224
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 SWEATT, DANA ROCHELLE

Document         Count     Citation and Description                              Disposition
─────────────    ─────     ──────────────────────────────────────────────        ───────────
                           No charges specified
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0218--MJ (JDR)
                              "USA V DANA ROCHELLE SWEATT"

                                     For all filing dates


   Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
  Magistrate Judge:
             Filed: 11/22/05
            Closed: NO
No. of Defendants: 1


 Document #   Filed      Docket text

      1 -  1  11/22/05   Complaint filed.

      2 -  1  11/23/05   [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re I/A on Cmplt (held
                         11/23/05); S. Tatter accepted appt; prel/det hrg set for 11/30/05 at
                         2:00 p.m.; def detained; cc: USA, FPD, USM, USPO.

      3 -  1  11/23/05   Financial Affidavit.

      4 -  1  11/23/05   [Re: DEF 1] JDR Order of Detention Pending Hearing set for 11/30/05 at
                         2:00 p.m. cc: USA, FPD, USM, USPO

      5 -  1  11/28/05   DEF 1 Attorney Appearance of Kevin McCoy.
```