FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -6 PM 4: 08

Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANA ROCHELLE SWEATT,<br><br>Defendant. | NO. A05-0218 MJ (JDR)<br><br>**MOTION FOR BAIL REVIEW HEARING** |

Dana Rochelle Sweatt asks this court to calendar this matter for a bail review hearing. She proposes that she be released subject to the 24-hour sight and sound custody of Daché Stokes, subject to electronic monitoring.

The third-party application form has been provided to pretrial services and has been copied to the government.



DATED at Anchorage, Alaska this 6th day of December 2005.

Respectfully submitted,

KEVIN F. McCOY
Assistant Federal Defender

Certification:
I certify that on December 6, 2005,
I hand delivered a copy of this document to:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

Karolyn Miller

2